AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

SEALED

REC'D U.S. MARSHAL MPLS
SEP 2 '26 PM3:10

United States of America
v.
Christian Jeremiah Castro

*Defendant*

Case No. CR 26-152 DWF/ECW

RECEIVED
SEP - 4 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christian Jeremiah Castro,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment  Superseding Indictment  Information  Superseding Information  Complaint
Probation Violation Petition  Supervised Release Violation Petition  Violation Notice  Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1-3: Materially False Statement 18:1001(a)(2)
Count 4: Materially False Statements 18:1001(a)(2)
Counts 5-6: Materially False Statement 18:1001(a)(2)

Date: 09/02/2026

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

ARRESTED ON 9/3/2026
ARRESTED BY ICE (S/TX)

Date: ______

*Arresting officer's signature*

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______

*Printed name and title*

SCANNED
SEP 0 4 2026
U.S. DISTRICT COURT MPLS