AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

REC'D U.S. MARSHAL MPLS
SEP 2 '26 PM3:10

SEALED

FID 12012665

RECEIVED
SEP - 4 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COPY

United States of America
v.
Christian Jeremiah Castro
*Defendant*

Case No. CR 26-152 DWF/ECW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary d
*(name of person to be arrested)* Christian Jeremiah Castro
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment  Superseding Indictment  Information  Superseding Information  Complaint
Probation Violation Petition  Supervised Release Violation Petition  Violation Notice  Order of th
Pretrial Release Violation Petitior

This offense is briefly described as follows:
Counts 1-3: Materially False Statement 18:1001(a)(2)
Count 4: Materially False Statements 18:1001(a)(2)
Counts 5-6: Materially False Statement 18:1001(a)(2)

Date: 09/02/2026

Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/2/2026, and the person was arrested on *(date)* 9/3/2026
at *(city and state)* McAllen, Texas.

Date: 9/4/2026

*Arresting officer's signature*

Briana Zuroske, Special Agent
*Printed name and title*

SCANNED
SEP 0 4 2026
U.S. DISTRICT COURT MPLS