UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Christian Jeremiah Castro,<br>Defendant. | DEFENDANT CHRISTIAN JEREMIAH CASTRO'S MOTION TO AMEND THE CONDITIONS OF RELEASE<br><br>Criminal No. 26-152 (DWF/ECW) |

Defendant Christian Jeremiah Castro, through his undersigned counsel, respectfully moves the Court to amend the order [R. Doc. 19], entered on 18 September 2026, setting his conditions of pretrial release. The current Order requires, among other conditions, GPS monitoring, travel restrictions, and a residential curfew from 9:00 p.m. to 6:00 a.m. every day. The court in the parallel proceeding in Hennepin County, however, has imposed a more restrictive condition requiring home confinement rather than merely a curfew. To simplify his supervision, avoid any misunderstandings, and to harmonize the condition imposed by this Court with the state-imposed condition, Defendant now seeks to amend the conditions of his pretrial release to require home confinement. The proposed amendment would require simply unchecking the box at condition (7)(p)(i) (Curfew) of the conditional release order and checking the box directly below it at (7)(p)(ii) (Home Detention).

The home detention condition provides the usual exceptions "for employment;

education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer." The condition checked on the conditional release order in Hennepin County expressly provides for the same exceptions: "you are approved for immediate work/school release and furloughs for job-seeking, medical care/treatment, legal meetings, and court. Your supervising officer may approve additional furloughs."

Undersigned counsel has discussed this motion with Government counsel, who will respond appropriately, but it is anticipated that he will not object to the more restrictive condition. Defendant Castro therefore asks that the Court amend the Order setting the conditions of his pretrial release, so that Condition (7)(p)(ii) (Home Detention) is checked rather than Condition (7)(p)(i) (Curfew). The federal pretrial services officer should also be given leave to share the details of supervision, including any violations, with her state-court counterpart.

Dated: 22 September 2026

Respectfully submitted,

/s/ Michael J. Wynne*
Michael J. Wynne
TX Bar No. 00785289
Gregor Wynne Arney, pllc
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403
Email: mwynne@gwafirm.com
*Admitted Pro Hac Vice

Gerdts Law PLLC
s/ Daniel L. Gerdts
Daniel L. Gerdts (#207329 MN)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086
daniel@danielgerdtslaw.com