UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 26-152(DWF/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN JEREMIAH CASTRO,<br><br>Defendant. | ) | **MOTION TO DESIGNATE CASE AS COMPLEX UNDER THE SPEEDY TRIAL ACT AND SCHEDULING REQUEST** |

The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and David P. Steinkamp, Assistant United States Attorney, respectfully move this Court for an order designating the above-captioned matter as a complex case for purposes of the Speedy Trial Act; extending the deadlines for disclosure; and extending the deadlines for filing and hearing motions and trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The grounds for this motion are as follows:

1. The Defendant is charged by Indictment with six counts of Making False Statements in violation of 18 U.S.C. 1001. The case arises out of an incident that occurred on January 14, 2026, involving an alleged shooting by the Defendant, which involved a large law enforcement

response. The materials generated by this response resulted in the creation of voluminous audio and video material and documents.

2. Under a typical scheduling order, Defendants would have a limited opportunity to conduct a meaningful review for the purpose of filing motions and preparing for trial. Without additional time, the parties would be unable to intelligently accomplish the goals of Local Rule 12.1, especially the directives to "confer with the responding party" and to "attempt in good faith to clarify and narrow the issues in dispute" before submitting any pretrial motions.

3. Therefore, given the volume, complexity, and scope of the investigative materials; and the legal and factual issues involved in the prosecution, the United States, with concurrence from counsel for the Defendant, Michael Wynne and Daniel Gerdts. request that this case be designated as complex.

4. The parties believe a deadline of November 2, 2026, is warranted under 18 U.S.C. § 3161(h)(7)(B)(ii) to complete the government's disclosures. After consultation with counsel, the Defendant requests until December 2, 2026, to file its disclosures and until January 2, 2027, to file its motions. The government requests to file its response to Defendant's motions on January 16, 2027. The parties also request a

motion hearing date be scheduled 14 to 30 days after the government files its response to Defendant's motions. The parties request that the trial date be determined at a later time in consultation with the Court.

WHEREFORE, the parties respectfully request that the Court designate this matter as complex and request that the Court enter a scheduling Order consistent with the parties' agreement.

Dated: October 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ David P. Steinkamp*
BY: DAVID P. STEINKAMP
Assistant U.S. Attorney